# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARSTEN KEELEN

NO. 2021 KW 0923

OCTOBER 26, 2021

---

In Re:    Karsten Keelen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-96-0476.

---

**BEFORE:    McCLENDON, CHUTZ, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**    Relator failed to include a copy of the district court's ruling below and proof that he was convicted by a nonunanimous jury verdict. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 27, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT